UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD M SULLIVAN,

          Plaintiff,

   -against-

JEFFREY BRODSKY et.al.,

          Defendants.
------------------------------------------------------------X

07 CIVIL 0003 (BSJ)

**JUDGMENT**

    Defendant having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Barbara S Jones, United States District Judge, and the Court, on August 17, 2009, having rendered its Opinion and Order granting defendant's motion and closing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order, dated August 17, 2009, defendant's motion for summary judgment is granted and the case is closed.

**Dated:** New York, New York
        August 19, 2009

                                        J. MICHAEL McMAHON
                                          Clerk of Court
                          BY:

                                            Deputy Clerk



THIS DOCUMENT WAS ENTERED
ON THE DOCKET